UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York 555 LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>1055 Park Ave PH LLC, et al.,<br><br>      Defendants. | 25-CV-1823 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On October 6, 2025, the Court directed Plaintiff to file a status letter by October 8, 2025, indicating how Plaintiff intends to proceed in this matter. *See* ECF No. 12. It is now October 14, and no such letter has been filed. Plaintiff is therefore directed to file the status letter by **October 17, 2025**. Additionally, in light of Plaintiff's September 11, 2025 letter asking the Court to adjudicate the motion to appoint a receiver, *see* ECF No. 11, Plaintiff is directed to file proof of service of this action and of that motion by **October 17, 2025.**

  Plaintiff is advised that further failures to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: October 15, 2025
   New York, New York

                       DALE E. HO
                       United States District Judge