UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK 555 LLC,

              Plaintiff,

      v.

1055 PARK AVE PH LLC; JEFFREY
SIMPSON; CITYOF NEW YORK
DEPARTMENT OF FINANCE; THE1055
PARK AVENUE CONDOMINIUM; JOHN
DOE and JANE DOE, the last two names being
fictitious, it being intended to name all other
parties who may have some interest in or lien
upon the premises described in the complaint, ,

              Defendants.

25 Civ. 1823 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of the Proposed Order at ECF No. 17.  Plaintiff is DIRECTED to submit, by November 7, 2025, an updated Proposed Order that identifies a proposed receiver and relevant amounts of funds, costs, and other expenses for execution of the order.

SO ORDERED.

Dated:  October 31, 2025
       New York, New York

                                   DALE E. HO
                         United States District Judge