UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York 555 LLC,<br><br>      Plaintiff(s),<br><br>  v.<br><br>1055 Park Ave PH LLC et al.,<br><br>      Defendant(s). | 25-CV-1823 (DEH) (KHP)<br><br>ORDER |

DALE E. HO, United States District Judge:

  The Court is in receipt of Plaintiff's Proposed Order at ECF 22. All parties are DIRECTED to attend a telephonic status conference on Monday, November 10, 2025 at 11:00 a.m. The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: [715 961 028], followed by the pound (#) sign. Plaintiff is DIRECTED to serve this Order on Defendants and to file proof of service on the docket by November 7, 2025.

SO ORDERED.

Dated: November 6, 2025
    New York, New York

                     DALE E. HO
                    United States District Judge