UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York 555 LLC, | |
|        Plaintiff, | |
|    v. | 25-CV-1823 (DEH) |
| 1055 Park Ave PH LLC et al., | ORDER |
|        Defendants. | |

DALE E. HO, United States District Judge:

  The Court is in receipt of Plaintiff's letter requesting to substitute Defendant "John Doe," and to extend time to serve, ECF No. 26; and a Proposed Scheduling Order submitted by the Plaintiff, ECF No. 27.

  Defendants are **ORDERED** to respond to Plaintiff's submission at ECF No. 26 **by Monday, November 24, 2025**, with a letter brief not to exceed three pages.

  The Parties are further **ORDERED** to confer with one another and, **by November 24, 2025**, to file, in accordance with Rule 3(c) of the Court's Individual Rules, a joint letter on ECF regarding next steps in this litigation, with a joint proposed case management plan attached as an exhibit. If the Parties cannot reach a joint proposed case management plan, they may submit competing proposed case management plans, and the joint letter shall identify their points of disagreement and the parties' respective positions.

  The joint letter shall also address: (1) next steps on Plaintiff's pending Motion to Appoint a Receiver, including whether a briefing schedule is warranted, and if so, a proposed schedule for additional briefing; (2) whether the parties seek a referral to this District's mediation program or the assigned Magistrate Judge for purposes of a settlement conference; (3) whether this case may be amenable to resolution on summary judgment rather than trial; and (4) any other issues the

parties wish to address at this time. To the extent that the parties are unable to agree on any issues, the letter may state their respective positions as to those issues.

SO ORDERED.

Dated: November 19, 2025
      New York, New York

                                                DALE E. HO
                                    United States District Judge