UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York 555 LLC, <br><br>        Plaintiff, <br><br>     v. <br><br> 1055 Park Ave PH LLC et al., <br><br>        Defendants. | 25-CV-1823 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

  The Court is in receipt of Plaintiff's letter submission at ECF No. 41.  The Court hereby VACATES the portion of its November 19, 2025 Order, ECF No. 37, addressing Plaintiff's Motion to Substitute and extend time to serve, ECF No. 26.  The Parties are advised to submit the status letter called for in the Order, ECF No. 37, by November 24, 2025.

SO ORDERED.

Dated: November 21, 2025
    New York, New York

                               _____
                                 DALE E. HO
                              United States District Judge