UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

New York 555 LLC,

Plaintiff,

v.

1055 Park Ave PH LLC, et al.,

Defendants.

25-CV-1823 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of the submission at ECF No. 48.  The Court **DIRECTS** Plaintiffs to submit by **Friday, December 5, 2025** a letter, not to exceed three (3) pages, responding to Defendant Simpson's submission at ECF No. 48.  The letter shall address, *inter alia*, (1) what, if any, interest Defendant Simpson retains in the property following the UCC Auction, and (2) any relevant information about the auction and its validity.

SO ORDERED.

Dated:  December 2, 2025
         New York, New York

_____
DALE E. HO
United States District Judge