UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NEW YORK 555 LLC,

                  *Plaintiff*,

  -against -

1055 PARK AVE PH LLC; JEFFREY SIMPSON;
CITY OF NEW YORK DEPARTMENT OF
FINANCE; THE 1055 PARK AVENUE
CONDOMINIUM; and THOMAS MAJEWSKI,

                  *Defendants*.
-------------------------------------------------------------------X

Case No.: 25-cv-01823-DEH-KHP

**CLERK'S CERTIFICATE OF DEAFULT**

      I, Tammi M. Hellwig, Clerk of Court of the United States District for the Southern District of New York, do hereby certify that an action was commenced on March 4, 2025, with the filing of a Summons and Complaint, as subsequently amended, and a copy of the Summons and Complaint was served on the Defendant CITY OF NEW YORK DEPARTMENT OF FINANCE by personally serving Adam Goebler, an authorized agent of the Defendant on November 6, 2025, *and proof of service was therefore filed on* November 17, 2025, Doc. # 29; and the Defendant THE 1055 PARK AVENUE CONDOMINIUM by serving the New York Secretary of State as authorized agent, Anthony Burris, on November 13, 2025, *and proof of service was therefore filed on* November 19, 2025, Doc. # 36 (collectively, the "Defendants"). I further certify that the docket entries indicate that the Defendants have not filed an answer or otherwise moved with respect to the Complaint filed herein. I further certify that the Defendants are not entitled to service of the Amended Complaint filed on November 19, 2025 (Doc. # 39), as the Amended Complaint does not assert any new claims for relief against the Defendants. The default of the Defendants is hereby noted pursuant to Rule 55(a) of the Federal Ruled of Civil Procedure.

Dated:       , New York            Tammi M. Hellwig, Clerk of Court
              , 2025

                                                   By: _____
                                                                             Clerk of Court