| | |
|---|---|
| THE STATE OF NEW YORK<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | Civil Action No.: **1:25-CV-01823-DEH**<br>Filed On: 03/05/2025 |

**NEW YORK 555 LLC**

-against-

**Affirmation of Service**
**BUSINESS / AGENCY**

**1055 PARK AVE PH LLC, ET AL.**

---

STATE OF NEW YORK, COUNTY OF NEW YORK: ROBERT MOORE affirms that they are not a party to this action, are over 18 years of age, and reside in the State of New York.

That on 11/6/2025 at 1:25 PM at 100 CHURCH STREET, NEW YORK, NY 10007 your affirmant served the SUMMONS IN A CIVIL ACTION, RIDER TO SUMMONS, COMPLAINT, EXHIBITS, RPAPL 1320 NOTICE, NOTICE OF PENDENCY bearing Civil Action # **1:25-CV-01823-DEH** and filed date 03/05/2025 upon CITY OF NEW YORK DEPARTMENT OF FINANCE, by delivering a true copy to Ariton Marke, AUTHORIZED AGENT. Your affirmant knew the person so served to be an agent authorized to accept on behalf of the entity to be served, based on conversation with person served.

*The process server's perception of the characteristics of the person served is as follows:*

Gender:      Male
Race:          White
Hair Color:    Black
Approximate Age:       40 - 49
Approximate Height:    5ft8in-5ft11in
Approximate Weight:    151-170 lbs
Other Information:      Eyeglasses

I affirm this 12th day of November, 2025, under the penalties of perjury under the laws of New York, which may include fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

ROBERT MOORE
NYC License # - 1066544-DCA

| | |
|---|---|
| Hasbani & Light, P.C.<br>450 Seventh Ave, Suite 1408<br>NEW YORK, NY 10123<br>Phone: 646-490-6677<br>File No. **1055 PARK AVE PH LLC** | RETURN TO: Nationwide Court Services, Inc.<br>761 Koehler Avenue, Suite A<br>Ronkonkoma, NY  11779<br>Agency DCA License#: 1037536-DCA Ph: 631-981-4400<br>(NCS923082F) AZ 1287133 |