| | |
|---|---|
| THE STATE OF NEW YORK<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | Civil Action No.: **1:25-CV-01823-DEH**<br>Filed On: 03/05/2025 |

| | |
|---|---|
| **NEW YORK 555 LLC** | **Affirmation of Service**<br>**BUSINESS / AGENCY** |
| -against- | |
| **1055 PARK AVE PH LLC, ET AL.** | |

STATE OF NEW YORK, COUNTY OF NEW YORK: AARON JONES affirms that they are not a party to this action, are over 18 years of age, and reside in the State of New York.

That on 11/7/2025 at 10:49 AM at 1055 PARK AVENUE, NEW YORK, NY 10028 your affirmant served the SUMMONS IN A CIVIL ACTION, RIDER TO SUMMONS, COMPLAINT, EXHIBITS, RPAPL 1320 NOTICE, NOTICE OF PENDENCY bearing Civil Action # **1:25-CV-01823-DEH** and filed date 03/05/2025 upon THE 1055 PARK AVENUE CONDOMINIUM, by delivering a true copy to JOHN DOE-REFUSED TO PROVIDE NAME, CONCIERGE. Your affirmant knew the person so served to be an agent authorized to accept on behalf of the entity to be served, based on conversation with person served.

*The process server's perception of the characteristics of the person served is as follows:*

Gender:              Male
Race:                Black or African American
Hair Color:          Black
Approximate Age:     50 - 59
Approximate Height:  5ft8in-5ft11in
Approximate Weight:  171-200 lbs
Other Information:   Concierge, refused full name

I affirm this __13__ day of __Nov__, __2025__, under the penalties of perjury under the laws of New York, which may include fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_Aaron Jones_
AARON JONES
NYC License # - 2120487-DCWP

| | |
|---|---|
| **Hasbani & Light, P.C.**<br>450 Seventh Ave, Suite 1408<br>NEW YORK, NY 10123<br>Phone: 646-490-6677<br>File No. **1055 PARK AVE PH LLC** | RETURN TO: Nationwide Court Services, Inc.<br>761 Koehler Avenue, Suite A<br>Ronkonkoma, NY 11779<br>Agency DCA License#: 1037536-DCA Ph: 631-981-4400<br>(NCS923082F) AZ 1287134 |

THE STATE OF NEW YORK
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Civil Action No.: **1:25-CV-01823-DEH**
Filed On: 03/05/2025

**NEW YORK 555 LLC**

**Affirmation of Service by Mail**

-against-

**1055 PARK AVE PH LLC, ET AL.**

STATE OF NEW YORK, COUNTY OF NEW YORK: Alex Zambrano affirms that they are not a party to this action, are over 18 years of age, and reside in the State of New York.

That on 11/12/2025, your affirmant mailed a true copy of the SUMMONS IN A CIVIL ACTION, RIDER TO SUMMONS, COMPLAINT, EXHIBITS, RPAPL 1320 NOTICE, NOTICE OF PENDENCY by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 1055 PARK AVENUE, NEW YORK, NY 10028 in an envelope bearing the legend "Personal and Confidential".  Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service,

THE 1055 PARK AVENUE CONDOMINIUM

1055 PARK AVENUE
NEW YORK, NY  10028

I affirm this on **12th day of November, 2025** under the penalties of perjury under the laws of New York, which may include fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*Alex Zambrano*

**Hasbani & Light, P.C.**
450 Seventh Ave, Suite 1408
NEW YORK,NY 10123
Phone: 646-490-6677
File No. **1055 PARK AVE PH LLC**

RETURN TO: Nationwide Court Services, Inc.
761 Koehler Avenue, Suite A
Ronkonkoma, NY  11779
Agency DCA License#: 1037536-DCA Ph: 631-981-4400
(NCS923082F) AZ 1287134