UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NEW YORK 555 LLC,

                          Plaintiff,

   -against -

1055 PARK AVE PH LLC; JEFFREY SIMPSON;
CITY OF NEW YORK DEPARTMENT OF
FINANCE; THE 1055 PARK AVENUE
CONDOMINIUM; JOHN DOE and JANE DOE,
the last two names being fictitious, it being intended
to name all other parties who may have some
interest in or lien upon the premises described in the
complaint,

                          Defendants.
------------------------------------------------------------------X

Case No.: 1:25-CV-01823-DEH

**CERTIFICATION OF SERVICE**

    I, Sarai Gomez, affirm the truth of the following under penalty of perjury:

    I, Sarai Gomez, am over eighteen (18) years of age, I am not a party to this action, and I reside in Kings County in the State of New York. On December 17, 2025, I served the within:

**Declaration in Support for Request for Clerk's Entry of Default, Exhibits and Proposed Certificate of Default**

by first class mail return by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

1055 Park Ave PH LLC
88 University Place, 11th Floor
New York, NY 10003

Jeffrey Simpson
1055 Park Avenue, Unit 4
New York, NY 10028

City of New York Department of Finance
100 Church Street
New York, NY 10007

The 1055 Park Avenue Condominium
1055 Park Avenue
New York, NY 10028

Thomas Majewski
1055 Park Avenue, Unit PH
New York, NY 10028

                                                                         */s/ Sarai Gomez*
                                                                         Sarai Gomez.

HASBANI & LIGHT P.C.
450 FASHION AVE, STE 1901
NEW YORK NY 10123-1901



PITNEY BOWES

$0.74 0
US POSTAGE IMI
FIRST-CLASS
028W0002310943
2000015618
ZIP 10123
DEC 17 2025



1055 PARK AVE PH LLC
88 UNIVERSITY PLACE, 11TH FLOOR
NEW YORK NY 10003

HASBANI & LIGHT P.C.
450 FASHION AVE, STE 1901
NEW YORK NY 10123-1901





PITNEY BOWES

$0.74 0
US POSTAGE
FIRST-CLASS
028W0002310939
2000015618
ZIP 10123
DEC 17 2025

JEFFREY SIMPSON
1055 PARK AVE, UNIT 4
NEW YORK NY 10028-1011

HASBANI & LIGHT P.C.
450 FASHION AVE, STE 1901
NEW YORK NY 10123-1901



PITNEY BOWES
**$0.74 0**
US POSTAGE IMI
FIRST-CLASS
028W0002312160
2000015618
ZIP 10123
DEC 17 2025



CITY OF NEW YORK DEPARTMENT OF FINANCE
100 CHURCH ST
NEW YORK NY 10007-2601

HASBANI & LIGHT P.C.
450 FASHION AVE, STE 1901
NEW YORK NY 10123-1901



PITNEY BOWES
**$0.74 ⁰**
US POSTAGE IMI
FIRST-CLASS
028W0002310939
2000015618
ZIP 10123
DEC 17 2025



THE 1055 PARK AVENUE CONDOMINIUM
1055 PARK AVE
NEW YORK NY 10028-1011

HASBANI & LIGHT P.C.
450 FASHION AVE, STE 1901
NEW YORK NY 10123-1901




PITNEY BOWES
$0.74 0
US POSTAGE IMI
FIRST-CLASS
028W0002310909
2000015618
ZIP 10123
DEC 17 2025

THOMAS MAJEWSKI
1055 PARK AVE, UNIT PH
NEW YORK NY 10028-1011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
NEW YORK 555 LLC,

                                    *Plaintiff,*

    -against -

1055 PARK AVE PH LLC; JEFFREY SIMPSON;
CITY OF NEW YORK DEPARTMENT OF
FINANCE; THE 1055 PARK AVENUE
CONDOMINIUM; and THOMAS MAJEWSKI,

                                    *Defendants.*
-----------------------------------------------------------------------X

Case No.: 25-cv-01823-DEH-KHP

**CLERK'S CERTIFICATE OF DEAFULT**

I, Tammi M. Hellwig, Clerk of Court of the United States District for the Southern District of New York, do hereby certify that an action was commenced on March 4, 2025, with the filing of a Summons and Complaint, as subsequently amended, and a copy of the Summons and Complaint was served on the Defendant CITY OF NEW YORK DEPARTMENT OF FINANCE by personally serving Adam Goebler, an authorized agent of the Defendant on November 6, 2025, *and proof of service was therefore filed on* November 17, 2025, Doc. # 29; and the Defendant THE 1055 PARK AVENUE CONDOMINIUM by serving the New York Secretary of State as authorized agent, Anthony Burris, on November 13, 2025, *and proof of service was therefore filed on* November 19, 2025, Doc. # 36 (collectively, the "Defendants"). I further certify that the docket entries indicate that the Defendants have not filed an answer or otherwise moved with respect to the Complaint filed herein. I further certify that the Defendants are not entitled to service of the Amended Complaint filed on November 19, 2025 (Doc. # 39), as the Amended Complaint does not assert any new claims for relief against the Defendants. The default of the Defendants is hereby noted pursuant to Rule 55(a) of the Federal Ruled of Civil Procedure.

Case 1:25-cv-01823-DEH-KHP    Document 57    Filed 12/17/25    Page 2 of 2

Dated:       , New York             Tammi M. Hellwig, Clerk of Court
            , 2025

                                                By: _____
                                                             Clerk of Court

**HASBANI & LIGHT, P.C.**
Danielle P. Light, Esq.
450 Seventh Avenue, Suite 1901
New York, New York 10123
(212) 643-6677
dlight@hasbanilight.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NEW YORK 555 LLC,

                *Plaintiff,*

       -against -

1055 PARK AVE PH LLC; JEFFREY SIMPSON;
CITY OF NEW YORK DEPARTMENT OF
FINANCE; THE 1055 PARK AVENUE
CONDOMINIUM; and THOMAS MAJEWSKI,

                *Defendants.*
------------------------------------------------------------------X

Case No.: 25-cv-01823-DEH-KHP

**DECLARATION IN SUPPORT
REQUEST FOR CLERK'S
CERTIFICATE OF DEFAULT**

      Danielle P. Light, an attorney duly admitted to practice before the Courts of the State of New York, hereby declares the following to be true under the penalties of perjury:

      1.    I am an attorney admitted to practice in the Federal Court of the Southern District of the State of New York. I am associated with Hasbani & Light, P.C., attorneys for the Plaintiff in the above-entitled action. I am familiar with all the facts and circumstances in this action.

      2.    This Declaration is submitted in support of Plaintiff's request that default be entered against defendants CITY OF NEW YORK DEPARTMENT OF FINANCE and THE 1055 PARK AVENUE CONDOMINIUM ("Defendants"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

      3.    This action was commenced on March 4, 2025, by filing a complaint (the "Complaint') to foreclose a mortgage over the real property located at 1055 Park Avenue, Unit PH, New York, New

1

York 10028, known on the New York County Tax Map as Block: 1515 Lot: 1906 in the County of New York and State of New York (the "Property"). *See,* ECF Dkt. No. 1.

4. The Complaint was subsequently amended on November 19, 2025 (the "Amended Complaint"), to substitute the tenant, THOMAS MAJEWSKI, in this action. *See,* ECF Dkt. No. 39. Plaintiff is *not* seeking the Clerk's entry of default against THOMAS MAJEWSKI at this time. The Amended Complaint does not assert any new claims for relief against the Defendants CITY OF NEW YORK DEPARTMENT OF FINANCE and THE 1055 PARK AVENUE CONDOMINIUM. *See,* ECF Dkt. No. 39. As a result, pursuant to Fed. R. Civ. P. 5(a)(2), the Defendants CITY OF NEW YORK DEPARTMENT OF FINANCE and THE 1055 PARK AVENUE CONDOMINIUM are not entitled to service of the Amended Complaint. *See,* Fed. R. Civ. P. 5(a)(2).

5. As appears by the affidavits of service duly electronically filed, pursuant to Rule 4(e) of the Federal Rules of Civil Procedure, the following Defendants named in the Complaint were duly served with the Summons and Complaint more than twenty-one days ago, but have failed to answer or appear in this matter:

   a. The Defendant, CITY OF NEW YORK DEPARTMENT OF FINANCE was served on November 6, 2025, by personally serving Adam Goebler, an authorized agent of the Defendant. This affidavit of service was filed on the Docket on November 17, 2025. *See,* ECF Dkt. No. 29. A true and accurate copy of this affidavit of service is attached hereto as **Exhibit "A"**. The Defendant is an entity and therefore is not an infant, in the military, or an incompetent person; and

   b. The Defendant, THE 1055 PARK AVENUE CONDOMINIUM was served on November 13, 2025 by serving the New York Secretary of State, Anthony Burris, as authorized agent of the Defendant. This affidavit of service was filed on the Docket on November 19, 2025. *See,* ECF Dkt. No. 36. A true and accurate copy of

2

this affidavit of service is attached hereto as **Exhibit "B"**. The Defendant is an entity and therefore is not an infant, in the military, or an incompetent person.

6. Defendants are in default for want of appearance, defense, or answer, although the time for the Defendants to appear, answer or otherwise defend this action has expired.

**WHEREFORE**, it is hereby requested that the Clerk of Court enter default against Defendants in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

Pursuant to Title 28, United States Code Section 1746, I hereby state under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief.

Dated: New York, New York

December 16, 2025

**HASBANI & LIGHT, P.C.**

*/s/ Danielle P. Light*
Danielle P. Light, Esq.

THE STATE OF NEW YORK  
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Civil Action No.: **1:25-CV-01823-DEH**  
Filed On: 03/05/2025

**NEW YORK 555 LLC**

-against-

**Affirmation of Service**  
**BUSINESS / AGENCY**

**1055 PARK AVE PH LLC, ET AL.**

STATE OF NEW YORK, COUNTY OF NEW YORK: ROBERT MOORE affirms that they are not a party to this action, are over 18 years of age, and reside in the State of New York.

That on 11/6/2025 at 1:25 PM at 100 CHURCH STREET, NEW YORK, NY 10007 your affirmant served the SUMMONS IN A CIVIL ACTION, RIDER TO SUMMONS, COMPLAINT, EXHIBITS, RPAPL 1320 NOTICE, NOTICE OF PENDENCY bearing Civil Action # **1:25-CV-01823-DEH** and filed date 03/05/2025 upon CITY OF NEW YORK DEPARTMENT OF FINANCE, by delivering a true copy to Ariton Marke, AUTHORIZED AGENT. Your affirmant knew the person so served to be an agent authorized to accept on behalf of the entity to be served, based on conversation with person served.

The process server's perception of the characteristics of the person served is as follows:

Gender: Male  
Race: White  
Hair Color: Black  
Approximate Age: 40 - 49  
Approximate Height: 5ft8in-5ft11in  
Approximate Weight: 151-170 lbs  
Other Information: Eyeglasses

I affirm this 12th day of November, 2025, under the penalties of perjury under the laws of New York, which may include fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

ROBERT MOORE  
NYC License # - 1066544-DCA

Hasbani & Light, P.C.  
450 Seventh Ave, Suite 1408  
NEW YORK, NY 10123  
Phone: 646-490-6677  
File No. **1055 PARK AVE PH LLC**

RETURN TO: Nationwide Court Services, Inc.  
761 Koehler Avenue, Suite A  
Ronkonkoma, NY 11779  
Agency DCA License#: 1037536-DCA Ph: 631-981-4400  
(NCS923082F) AZ 1287133

THE STATE OF NEW YORK  
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Civil Action No.: **1:25-CV-01823-DEH**  
Filed On: 03/05/2025

**NEW YORK 555 LLC**

-against-

**1055 PARK AVE PH LLC, ET AL.**

**Affirmation of Service**  
**BUSINESS / AGENCY**

STATE OF NEW YORK, COUNTY OF NEW YORK: AARON JONES affirms that they are not a party to this action, are over 18 years of age, and reside in the State of New York.

That on 11/7/2025 at 10:49 AM at 1055 PARK AVENUE, NEW YORK, NY 10028 your affirmant served the SUMMONS IN A CIVIL ACTION, RIDER TO SUMMONS, COMPLAINT, EXHIBITS, RPAPL 1320 NOTICE, NOTICE OF PENDENCY bearing Civil Action # **1:25-CV-01823-DEH** and filed date 03/05/2025 upon THE 1055 PARK AVENUE CONDOMINIUM, by delivering a true copy to JOHN DOE-REFUSED TO PROVIDE NAME, CONCIERGE. Your affirmant knew the person so served to be an agent authorized to accept on behalf of the entity to be served, based on conversation with person served.

*The process server's perception of the characteristics of the person served is as follows:*

Gender:  Male  
Race:  Black or African American  
Hair Color:  Black  
Approximate Age:  50 - 59  
Approximate Height:  5ft8in-5ft11in  
Approximate Weight:  171-200 lbs  
Other Information:  Concierge, refused full name

I affirm this __13__ day of __Nov__, __2025__, under the penalties of perjury under the laws of New York, which may include fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*[signature: Aaron Jones]*

AARON JONES  
NYC License # - 2120487-DCWP

Hasbani & Light, P.C.  
450 Seventh Ave, Suite 1408  
NEW YORK, NY 10123  
Phone: 646-490-6677  
File No. **1055 PARK AVE PH LLC**

RETURN TO: Nationwide Court Services, Inc.  
761 Koehler Avenue, Suite A  
Ronkonkoma, NY 11779  
Agency DCA License#: 1037536-DCA Ph: 631-981-4400  
(NCS923082F) AZ 1287134

THE STATE OF NEW YORK
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Civil Action No.: **1:25-CV-01823-DEH**
Filed On: 03/05/2025

**NEW YORK 555 LLC**

-against-

**Affirmation of Service by Mail**

**1055 PARK AVE PH LLC, ET AL.**

STATE OF NEW YORK, COUNTY OF NEW YORK: Alex Zambrano affirms that they are not a party to this action, are over 18 years of age, and reside in the State of New York.

That on 11/12/2025, your affirmant mailed a true copy of the SUMMONS IN A CIVIL ACTION, RIDER TO SUMMONS, COMPLAINT, EXHIBITS, RPAPL 1320 NOTICE, NOTICE OF PENDENCY by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 1055 PARK AVENUE, NEW YORK, NY 10028 in an envelope bearing the legend "Personal and Confidential".  Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service,

THE 1055 PARK AVENUE CONDOMINIUM

1055 PARK AVENUE
NEW YORK, NY  10028

I affirm this on **12th day of November, 2025** under the penalties of perjury under the laws of New York, which may include fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_Alex Zambrano_

**Hasbani & Light, P.C.**
450 Seventh Ave, Suite 1408
NEW YORK, NY 10123
Phone: 646-490-6677
File No. **1055 PARK AVE PH LLC**

RETURN TO: Nationwide Court Services, Inc.
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Agency DCA License#: 1037536-DCA Ph: 631-981-4400
(NCS923082F) AZ 1287134