

Danielle P. Light, Esq.
450 Seventh Ave, Suite 1901
New York, New York 10123
T. 212.643.6677
F. 347.491.4048
dlight@hasbanilight.com

December 23, 2025

**VIA CM/ECF**
Honorable Judge Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **RE:**    New York 555, LLC v. 1055 Park Ave PH LLC et al
            Case Number 1:25-cv-01823-DEH-KFP

Dear Judge Ho:

    We represent the Plaintiff New York 555, LLC, ("Plaintiff").

    We would like to explore settlement options with the Defendants 1055 Park Ave PH LLC and Jeffrey Simpson ("Defendants"). As such, Plaintiff respectfully requests the Court to schedule a settlement conference or that the case be referred to the mediation program.

    We thank the Court for its time and consideration of this matter.

                                                        Respectfully,

                                                        */s/ Danielle P. Light*
                                                        Danielle P. Light, Esq.