

Danielle P. Light, Esq.
450 Seventh Ave, Suite 1901
New York, New York 10123
T. 212.643.6677
F. 347.491.4048
dlight@hasbanilight.com

December 23, 2025

**VIA CM/ECF**
Honorable Judge Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: **12/29/2025**

**MEMO ENDORSED**

RE:   New York 555, LLC v. 1055 Park Ave PH LLC et al
       Case Number 1:25-cv-01823-DEH-KFP

Dear Judge Ho:

We represent the Plaintiff New York 555, LLC, ("Plaintiff").

We would like to explore settlement options with the Defendants 1055 Park Ave PH LLC and Jeffrey Simpson ("Defendants"). As such, Plaintiff respectfully requests the Court to schedule a settlement conference or that the case be referred to the mediation program.

We thank the Court for its time and consideration of this matter.

Respectfully,

*/s/ Danielle P. Light*
Danielle P. Light, Esq.

---

**A settlement conference in this matter is scheduled for Monday, March 2, 2026, at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than February 24, 2026, by 5:00 p.m.**

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
**12/29/2025**