UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NEW YORK 555 LLC,

                    *Plaintiff*,

-against -

1055 PARK AVE PH LLC; JEFFREY SIMPSON;
CITY OF NEW YORK DEPARTMENT OF
FINANCE; THE 1055 PARK AVENUE
CONDOMINIUM; and THOMAS MAJEWSKI,

                    *Defendants*.
-----------------------------------------------------------------X

Case No.: 25-cv-01823-DEH-KHP

**CLERK'S CERTIFICATE OF DEAFULT**

      I, Tammi M. Hellwig, Clerk of Court of the United States District for the Southern District of New York, do hereby certify that an action was commenced on March 4, 2025, with the filing of a Summons and Complaint, as subsequently amended on November 19, 2025 (Doc. # 39), and a copy of the Summons and Amended Complaint was served on the Defendant THOMAS MAJEWSKI by serving a person of suitable age and discretion, "JOHN DOE-REFUSED NAME, CONCIERGE" on December 4, 2025, *and proof of service was therefore filed on* December 11, 2025, Doc. # 54 (the "Defendant"). I further certify that the docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the Amended Complaint filed herein. The default of the Defendant is hereby noted pursuant to Rule 55(a) of the Federal Ruled of Civil Procedure.

Dated:            , New York           Tammi M. Hellwig, Clerk of Court
                , 202___

                                                        By: _____
                                                                  Clerk of Court