| | |
|---|---|
| THE STATE OF NEW YORK<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK | Civil Action No.: 25-CV-01823-DEH-KHP<br>Filed On: 11/25/2025 |

**NEW YORK 555 LLC**

-against-

**1055 PARK AVE PH LLC, ET AL.**

**Affirmation of Service**
**Suitable Age and Discretion**

STATE OF NEW YORK, COUNTY OF NEW YORK: AARON JONES affirms that they are not a party to this action, are over 18 years of age, and reside in the State of New York.

That on 12/4/2025 at 1:14 PM at 1055 PARK AVENUE, UNIT PH, NEW YORK, NY 10028, your affirmant served the SUMMONS IN A CIVIL ACTION, RPAPL 1320 NOTICE, AMENDED COMPLAINT, NOTICE OF PENDENCY with the Notice required by RPAPL Section 1303, which Notice, as served, was printed on blue paper, the title of the Notice appeared to be in bold 20-point type, and the text appeared to be in bold, 14-point type
bearing Civil Action # **25-CV-01823-DEH-KHP** and filed date 11/25/2025 upon THOMAS MAJEWSKI, by delivering a true copy to a person of suitable age and discretion, to wit: JOHN DOE-REFUSED NAME, CONCIERGE, who verified that the intended recipient actually resides at this location.

*The process server's perception of the characteristics of the person served is as follows:*

Gender:    Male
Race:      Hispanic or Latino
Hair Color:    Black
Approximate Age:    40 - 49
Approximate Height:    5ft8in-5ft11in
Approximate Weight:    171-200 lbs
Other Information:    concierge, refused full name

That at the time of service as aforesaid, your affirmant asked person spoken to whether the intended recipient was currently enrolled in military service or dependent on someone in the military service of the United States of America and received a negative reply.  Upon such information, I aver that the named recipient is not actively enrolled in nor dependent on someone in the military service of the United States of America.

I affirm this 10 day of Dec, 2025, under the penalties of perjury under the laws of New York, which may include fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

AARON JONES
NYC License # - 2120487-DCWP

| | |
|---|---|
| Hasbani & Light, P.C.<br>450 Seventh Ave, Suite 1408<br>NEW YORK,NY 10123<br>Phone: 646-490-6677<br>File No. **1055 PARK AVE PH LLC** | RETURN TO: Nationwide Court Services, Inc.<br>761 Koehler Avenue, Suite A<br>Ronkonkoma, NY  11779<br>Agency DCA License#: 1037536-DCA Ph: 631-981-4400<br>(NCS925741F) AZ 1291069 |

| | |
|---|---|
| THE STATE OF NEW YORK<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK | Civil Action No.: 25-CV-01823-DEH-KHP<br>Filed On: 11/25/2025 |

**NEW YORK 555 LLC**

-against-

**Affirmation of Service by Mail**

**1055 PARK AVE PH LLC, ET AL.**

---

STATE OF NEW YORK, COUNTY OF NEW YORK: Alex Zambrano affirms that they are not a party to this action, are over 18 years of age, and reside in the State of New York.

That on 12/8/2025, your affirmant mailed a true copy of the SUMMONS IN A CIVIL ACTION, RPAPL 1320 NOTICE, AMENDED COMPLAINT, NOTICE OF PENDENCY with the Notice required by RPAPL Section 1303, which Notice, as served, was printed on blue paper, the title of the Notice appeared to be in bold 20-point type, and the text appeared to be in bold, 14-point type
 by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 1055 PARK AVENUE, UNIT PH, NEW YORK, NY 10028 in an envelope bearing the legend "Personal and Confidential".  Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service,

THOMAS MAJEWSKI

1055 PARK AVENUE
UNIT PH
NEW YORK, NY  10028

I affirm this on **8th day of December, 2025** under the penalties of perjury under the laws of New York, which may include fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*Alex Zambrano*

---

| | |
|---|---|
| Hasbani & Light, P.C.<br>450 Seventh Ave, Suite 1408<br>NEW YORK,NY 10123<br>Phone: 646-490-6677<br>File No. **1055 PARK AVE PH LLC** | RETURN TO: Nationwide Court Services, Inc.<br>761 Koehler Avenue, Suite A<br>Ronkonkoma, NY  11779<br>Agency DCA License#: 1037536-DCA Ph: 631-981-4400<br>(NCS925741F) AZ 1291069 |