UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

NEW YORK 555, LLC,

                              *Plaintiff,*

*vs.*

1055 PARK AVE PH LLC; JEFFREY SIMPSON;
CITY OF NEW YORK DEPARTMENT OF
FINANCE; THE 1055 PARK AVENUE
CONDOMINIUM; and THOMAS MAJEWSKI,

                              *Defendants.*
_____

Docket No.: 25-cv-01823-DEH-
 KHP


**CERTIFICATION OF SERVICE**


Sarai Gomez, affirms the truth of the following under the penalty of perjury:

I, Sarai Gomez., am over eighteen (18) years of age, I am not a party to this action, and I reside in New York County in the State of New York. On December 29, 2025, I served the following:

**Request for Clerk's Entry of Default, Declaration in Support, Exhibits and Proposed
Certificate of Default**

by first class mail return by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

THOMAS MAJEWSKI
1055 PARK AVENUE
UNIT PH
NEW YORK, NY 10028


                              */s/ Sarai Gomez*_____
                              Sarai Gomez

HASBANI & LIGHT P.C.
450 FASHION AVE, STE 1901
NEW YORK NY 10123-1901





PITNEY BOWES
**$0.74$^0$**
US POSTAGE IMI
FIRST-CLASS
028W0002311068
2000015618
ZIP 10123
DEC 29 2025

THOMAS MAJEWSKI
1055 PARK AVE, UNIT PH
NEW YORK NY 10028-1011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NEW YORK 555 LLC,

                        *Plaintiff,*

       -against -

1055 PARK AVE PH LLC; JEFFREY SIMPSON;
CITY OF NEW YORK DEPARTMENT OF
FINANCE; THE 1055 PARK AVENUE
CONDOMINIUM; and THOMAS MAJEWSKI,

                        *Defendants.*
------------------------------------------------------------------------X

Case No.: 25-cv-01823-DEH-KHP

**CLERK'S CERTIFICATE OF
DEAFULT**

I, Tammi M. Hellwig, Clerk of Court of the United States District for the Southern District of New York, do hereby certify that an action was commenced on March 4, 2025, with the filing of a Summons and Complaint, as subsequently amended on November 19, 2025 (Doc. # 39), and a copy of the Summons and Amended Complaint was served on the Defendant THOMAS MAJEWSKI by serving a person of suitable age and discretion, "JOHN DOE-REFUSED NAME, CONCIERGE" on December 4, 2025, *and proof of service was therefore filed on* December 11, 2025, Doc. # 54 (the "Defendant"). I further certify that the docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the Amended Complaint filed herein. The default of the Defendant is hereby noted pursuant to Rule 55(a) of the Federal Ruled of Civil Procedure.

Dated:           , New York               Tammi M. Hellwig, Clerk of Court
               , 202____

                                                  By: _____
                                                    Clerk of Court

**HASBANI & LIGHT, P.C.**
Danielle P. Light, Esq.
450 Seventh Avenue, Suite 1901
New York, New York 10123
(212) 643-6677
dlight@hasbanilight.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NEW YORK 555 LLC,

                           *Plaintiff,*

        -against -

1055 PARK AVE PH LLC; JEFFREY SIMPSON;
CITY OF NEW YORK DEPARTMENT OF
FINANCE; THE 1055 PARK AVENUE
CONDOMINIUM; and THOMAS MAJEWSKI,

                           *Defendants.*
-------------------------------------------------------------------X

Case No.: 25-cv-01823-DEH-KHP

**DECLARATION IN SUPPORT
REQUEST FOR CLERK'S
CERTIFICATE OF DEFAULT**

Danielle P. Light, an attorney duly admitted to practice before the Courts of the State of New York, hereby declares the following to be true under the penalties of perjury:

1.     I am an attorney admitted to practice in the Federal Court of the Southern District of the State of New York. I am associated with Hasbani & Light, P.C., attorneys for the Plaintiff in the above-entitled action. I am familiar with all the facts and circumstances in this action.

2.     This Declaration is submitted in support of Plaintiff's request that default be entered against defendant THOMAS MAJEWSKI ("Defendant"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

3.     This action was commenced on March 4, 2025, by filing a complaint (the "Complaint') to foreclose a mortgage over the real property located at 1055 Park Avenue, Unit PH, New York, New York 10028, known on the New York County Tax Map as Block: 1515 Lot: 1906 in the County of New York and State of New York (the "Property"). *See,* ECF Dkt. No. 1.

1

Case 1:25-cv-01823-DEH-KHP   Document 66   Filed 12/29/25   Page 2 of 2

4.      The Complaint was subsequently amended on November 19, 2025 (the "Amended Complaint"), to substitute the tenant, THOMAS MAJEWSKI, in this action. *See,* ECF Dkt. No. 39.

5.      As appears by the affidavit of service duly electronically filed, pursuant to Rule 4(e) of the Federal Rules of Civil Procedure, the following Defendant named in the Amended Complaint was duly served with the Summons and Amended Complaint more than twenty-one days ago, but has failed to answer or appear in this matter:

      a.   The Defendant, THOMAS MAJEWSKI was served on December 4, 2025, by personally serving a person of suitable age and discretion "JOHN DOE-REFUSED NAME, CONCIERGE". This affidavit of service was filed on the Docket on December 11, 2025. *See,* ECF Dkt. No. 54. A true and accurate copy of this affidavit of service is attached hereto as **Exhibit "A"**. Upon information and belief, the Defendant is not an infant, in the military, or an incompetent person.

6.      Defendant is in default for want of appearance, defense, or answer, although the time for the Defendant to appear, answer or otherwise defend this action has expired.

**WHEREFORE**, it is hereby requested that the Clerk of Court enter default against Defendant in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

Pursuant to Title 28, United States Code Section 1746, I hereby state under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief.

Dated: New York, New York

      December 29, 2025

                                        **HASBANI & LIGHT, P.C.**

                                        */s/ Danielle P. Light*
                                        Danielle P. Light, Esq.

THE STATE OF NEW YORK
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

**Civil Action No.: 25-CV-01823-DEH-KHP**

**Filed On: 11/25/2025**

**NEW YORK 555 LLC**

-against-

**Affirmation of Service**
**Suitable Age and Discretion**

**1055 PARK AVE PH LLC, ET AL.**

---

STATE OF NEW YORK, COUNTY OF NEW YORK: AARON JONES affirms that they are not a party to this action, are over 18 years of age, and reside in the State of New York.

That on 12/4/2025 at 1:14 PM at 1055 PARK AVENUE, UNIT PH, NEW YORK, NY 10028, your affirmant served the SUMMONS IN A CIVIL ACTION, RPAPL 1320 NOTICE, AMENDED COMPLAINT, NOTICE OF PENDENCY with the Notice required by RPAPL Section 1303, which Notice, as served, was printed on blue paper, the title of the Notice appeared to be in bold 20-point type, and the text appeared to be in bold, 14-point type
 bearing Civil Action # **25-CV-01823-DEH-KHP** and filed date 11/25/2025 upon THOMAS MAJEWSKI, by delivering a true copy to a person of suitable age and discretion, to wit:  JOHN DOE-REFUSED NAME, CONCIERGE, who verified that the intended recipient actually resides at this location.

*The process server's perception of the characteristics of the person served is as follows:*

Gender:    Male
Race:      Hispanic or Latino
Hair Color:    Black
Approximate Age:    40 - 49
Approximate Height:    5ft8in-5ft11in
Approximate Weight:    171-200 lbs
Other Information:    concierge, refused full name

That at the time of service as aforesaid, your affirmant asked person spoken to whether the intended recipient was currently enrolled in military service or dependent on someone in the military service of the United States of America and received a negative reply.  Upon such information, I aver that the named recipient is not actively enrolled in nor dependent on someone in the military service of the United States of America.

I affirm this ___10___ day of ___Dec___, ___2025___, under the penalties of perjury under the laws of New York, which may include fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

AARON JONES
NYC License # - 2120487-DCWP

---

Hasbani & Light, P.C.
450 Seventh Ave, Suite 1408
NEW YORK,NY 10123
Phone: 646-490-6677
File No. **1055 PARK AVE PH LLC**

RETURN TO: Nationwide Court Services, Inc.
761 Koehler Avenue, Suite A
Ronkonkoma, NY  11779
Agency DCA License#: 1037536-DCA Ph: 631-981-4400
(NCS925741F) AZ 1291069

Case 1:25-cv-01823-DEH-KHP    Document 66-1    Filed 12/29/25    Page 2 of 2

THE STATE OF NEW YORK

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

**Civil Action No.: 25-CV-01823-DEH-KHP**

**Filed On: 11/25/2025**

**NEW YORK 555 LLC**

**Affirmation of Service by Mail**

-against-

**1055 PARK AVE PH LLC, ET AL.**

STATE OF NEW YORK, COUNTY OF NEW YORK: Alex Zambrano affirms that they are not a party to this action, are over 18 years of age, and reside in the State of New York.

That on 12/8/2025, your affirmant mailed a true copy of the SUMMONS IN A CIVIL ACTION, RPAPL 1320 NOTICE, AMENDED COMPLAINT, NOTICE OF PENDENCY with the Notice required by RPAPL Section 1303, which Notice, as served, was printed on blue paper, the title of the Notice appeared to be in bold 20-point type, and the text appeared to be in bold, 14-point type
by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 1055 PARK AVENUE, UNIT PH, NEW YORK, NY 10028 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service,

THOMAS MAJEWSKI

1055 PARK AVENUE
UNIT PH
NEW YORK, NY 10028

I affirm this on **8th day of December, 2025** under the penalties of perjury under the laws of New York, which may include fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Alex Zambrano

**Hasbani & Light, P.C.**
450 Seventh Ave, Suite 1408
NEW YORK,NY 10123
Phone: 646-490-6677
File No. **1055 PARK AVE PH LLC**

RETURN TO: Nationwide Court Services, Inc.
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Agency DCA License#: 1037536-DCA Ph: 631-981-4400
(NCS925741F) AZ 1291069