Status Update Letter to the Court

December 28th, 2025

Honorable Judge Ho and Honorable Judge Stanton
Southern District New York, Federal Court
One Foley Square
New York, NY

Re: 1:25-CV-01823, 1:25-CV-01687

Dear Honorable Judges,

As a follow up to my November 29th, 2025 letter, 555 lender continues to go above and beyond any standard of reasonableness or good faith efforts to find a resolution.   In our last conference, Your Honor was spot on when Your Honor said if 555 Lender was granted a Receiver, the litigation will not be resolved.   I do believe both parties agreed to work in good faith to try to find resolution.

Immediately after the last conference, they purported to have conducted a bad faith UCC foreclosure, when called to task, they withdrew this claim.   It caused serious issues for the tenant in the PH unit.   After much back and forth, the tenant agreed to pay the rent.   If Ms. Light didn't inappropriately demand that the tenant take certain actions, this would not have occurred. The Court asked Ms. Light why she took the action that she did and she did not answer the questions asked in her reply letter.   I could go on with many other bad faith actions taken here but that will not be productive and I respect the Court's time.   Resolution is all that I am focused on, and I believe Your Honor would like to see a path to conclusion, if possible.

Although the actions were taken, we attempted to meet and confer in good faith.   We asked to negotiate a Pre Negotiation Agreement (we have asked for this for over a year).  Ms. Light shared a document for our review.   The fatal flaw in that PNA was that it demanded that we release any and all claims of the Lender.   I am sure Your Honor is aware (as so is the Lender), a PNA is simply a document to have dialogue that is protected for both parties, not an attempt to gain economic and litigation benefit.   After we raised this issue, Ms. Light has not replied. They are still purporting to have a UCC auction shortly after the New Year, in early January.   It is a separate law firm doing this according to Ms. Light, which has another set of concerns.  We have asked to have a dialogue to find resolution and it is not responded to.

Even though the PNA was not executed, we still tried to find a path forward.  Ms. Light demanded that we sell the apartments in the next 30 days.   That is not possible this time of year, a slow market because of political unrest (including safety concerns in NYC).   Once again, I suggested that the apartments are listed in the prime marketing season, early spring (March) with

1

hopes of a sale by June 2026.   This also lines up with the conclusion of the lease with the tenant in the PH.   This is a solution that works for all parties whereby the lease for PH is not disturbed, the showings are consistent with the provisions of the tail end of the lease and we will be in prime season to sell.  I have suggested a path whereby if the units do not sell, the Lender can take title, peacefully and properly rather than through their back door carnivorous ways.   I have not heard any reply and frankly I do not know that they are ready to take title as they will need to pay all unit expenses, back taxes, and the like.   They will also have to pay transfer taxes, if they are successful and pay them a 2nd time when they sell to a 3rd party.

I did inquire with a senior broker at Douglas Elliman and they informed me that a sale today will not clear the debt.   Notwithstanding, there will be transfer taxes, broker fees, and closing expenses that will not be covered.   They confirmed that the rental market remains healthy though for these "family" units.

I received phone calls from potential debt buyers, whereby 555 Lender is trying to sell the debt at a discount as I guess they understand the financial circumstances but not being transparent with me or the Court.

Notwithstanding, it is our belief that the sale is improper for the reasons below and what is stated on the YJ Simco LLC BK docket (1:25-BK-10437) and my last letter to the Court.   I don't want to waste the Court's time to repeat prior messages but there is no direct connection with the pledgor and these two units.   As part of my estate planning, they were supposed to be shifted there but that did not happen when my business got turned upside down in 2023.   I offered to sign new pledge agreement during the BK proceeding and I will renew that offer.   According to Acris, there is no recorded ownership of these units by the pledgor in which they will try to conduct a UCC foreclosure on.   Again, if they proceed with their action, we will be in the same place as we were last month.   If they convince the tenant that their action is proper (they tried and failed in Dec) and the same with the building manager, they will cause an uproar in a very small building of 6 units that can be catastrophic to the services for other unit owners and the building's safety.   As I promised the parties, we sent last month's rent to the building manager for the building expenses as I have done for the last 12 months, I will do again with this month's rent (assuming the tenant pays, and he has paid every month).

We have used all and any efforts possible to find a path with Ms. Light, she and / or her client refuse to be reasonable and commercial in their efforts to find resolution.   If required, we can make a Motion for variety of productive matters such as Mediation, TRO from 555 Lender from contacting the tenant for PH and other building vendors.

Alternatively, (if we must), we will file separate bankruptcy petitions for the individual LLC's for protection until resolution and liquidation can be sought, properly.   None of this should be necessary but frankly I have been criticized in the YJ Simco bankruptcy matter for not initiating the BK process on these entities as that Court is aware of what 555 Lender's actions look like.   I am trying hard to avoid future litigation or dispute.   I agree liquidation of these units is proper, it is a matter of process and timing to reasonably maximize yield to the creditors (and equity, if there is any left).

To the extent Ms. Light, will not work in good faith, we ask the Court for a conference as early as possible in January to address a path forward so that we can avoid another chaotic episode that occurred in December.

Thank you for the Court's time.   Happy holidays and Happy / Healthy New Year.

Respectfully Submitted,


/s/ Jeffrey Simpson