UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

New York 555 LLC,

                              Plaintiff,

                    v.

1055 Park Ave PH LLC, et al.,

                              Defendants.

25-CV-1823 (DEH) (KHP)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of the parties' submissions at ECF Nos. 48-49, 50, 63, and 69.  To the extent that Defendants' letter at ECF No. 48 requests relief in the form of a conference, that request is **DENIED WITHOUT PREJUDICE** as moot in light of the settlement conference scheduled for March 2, 2026.

On December 29, 2025, Defendant Jeffrey Simpson filed a letter on the docket, ECF No. 69, in response to a proposed certificate of default filed by Plaintiff, ECF No. 65.  The docket in this matter indicates that all Defendants, including Mr. Simpson, are currently represented by counsel, Benjamin Rajotte.  Represented parties are directed to file any and all documents in this matter through counsel; they may not file documents themselves absent leave of the Court.

If Mr. Rajotte no longer represents one or both Defendants in this case, he is directed to file a motion seeking leave to withdraw in accordance with Local Rule 1.4(b).  In the event that Mr. Rajotte moves to withdraw, Mr. Simpson shall file a status letter with the Court within two (2) business days of such motion indicating whether he intends to seek new representation, or will proceed in this case *pro se*.

The Clerk of Court is respectfully directed to close ECF No. 48.

SO ORDERED.

Dated: January 23, 2026
        New York, New York

_____
        DALE E. HO
United States District Judge