UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York 555 LLC,<br><br>                       Plaintiff,<br><br>   - against -<br><br>1055 PARK AVE PH LLC; JEFFREY SIMPSON; CITY OF NEW YORK DEPARTMENT OF FINANCE; THE 1055 PARK AVENUE CONDOMINIUM; and THOMAS MAJEWSKI,<br><br>                      Defendants. | 25-cv-1823 (DEH) (KHP)<br><br>**NOTICE OF BANKRUPTCY FILING** |

PLEASE TAKE NOTICE that, on February 19, 2026, Jeffrey Solomon Simpson (the "Debtor"), a party in the above-captioned action, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Case No. 26-10359 (LGB). A copy of the Notice of Bankruptcy Case filing issued by the Clark of the Bankruptcy Court is attached hereto as an exhibit. The Debtor's bankruptcy case has been assigned to the Honorable Lisa G. Beckerman, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 362(a) of the Bankruptcy Code, 11 U.S.C. § 362(a), the continuation of the above-captioned action to recover a claim against the Debtor, any act to obtain possession of property of the Debtor's bankruptcy estate or from the Debtor's bankruptcy estate, and any act to exercise control over property of the Debtor's bankruptcy estate are subject to the bankruptcy automatic stay.

Dated:  New York, New York
         February 24, 2026

                                              BECKER, GLYNN, MUFFLY,
                                              CHASSIN & HOSINSKI LLP

                                              By:    */s/ Alec P. Ostrow*
                                              Alec P. Ostrow
                                              299 Park Avenue
                                              New York, New York 10171
                                              (212) 888-3033
                                              aostrow@beckerglynn.com