**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 02/27/2026

# M|L
## MAIDEN LANE

February 27, 2026

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> **The settlement conference in this matter scheduled for <u>Monday, March 2, 2026 at 10:00 a.m.</u> is hereby converted to Microsoft Teams. Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.**
>
> **SO ORDERED:**
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> 02/27/2026

Re: *New York 555 LLC v. 1055 Park Ave PH LLC*, Case #1:25-1823 (DEH) (KHP)
Request for Defendant's Counsel to Attend Mediation by Video

Dear Judge Parker:

Maiden Lane Law Group represents Defendant 1055 Park Ave PH LLC in this matter, through its member and guarantor, Jeffrey Simpson. Pursuant to Rule II.g of Your Honor's *Individual Practices in Civil Cases*, the undersigned respectfully requests the ability to attend virtually the mediation ordered for Monday, March 2, 2026 (ECF Dkt. #72) because of medical-family reasons which would make travel to New York from Hartford, New York, difficult.

Mr. Simpson intends to attend the mediation in person. The undersigned respectfully wishes to assure the Court that I will attend the mediation in person should this accommodation request not be granted.

Respectfullyt yours,

*Benjamin Robert Rajotte*
Benjamin Robert Rajotte, Esq.

*Counsel for 1055 Park Ave PH*

cc: All counsel of record via ECF