USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/03/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

NEW YORK 555 LLC,

                    Plaintiff,

       -against-

1055 PARK AVE PH LLC et al.,

                    Defendants.
----------------------------------------------------------------X

25-CV-1823 (DEH) (KHP)

**ORDER SCHEDULING SETTLEMENT STATUS TELEPHONE CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephonic Settlement Status Conference in this matter is hereby scheduled for **Monday, March 16, 2026, at 4:00 p.m.** Counsel for the parties will be emailed the call-in information for this proceeding.

      SO ORDERED.

DATED:      New York, New York
                  March 3, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge