Danielle P. Light, Esq.
**HASBANI & LIGHT, P.C.**
450 Seventh Avenue, Suite 1901
New York, New York 10123
Tel: (212) 643-6677
dlight@hasbanilight.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
NEW YORK 555, LLC,

                                *Plaintiff,*          Case No. 25-cv-01823-DEH-KHP

   -against-

1055 PARK AVE PH LLC; JEFFREY SIMPSON; CITY OF NEW YORK DEPARTMENT OF FINANCE; THE 1055 PARK AVENUE CONDOMINIUM; and THOMAS MAJEWSKI,

                                *Defendants.*
-----------------------------------------------------------------------X

**NOTICE OF DISMISSAL OF DEFENDANT PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff NEW YORK 555, LLC (the "Plaintiff"), and/or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed as to the defendant, THOMAS MAJEWSKI, (the "Defendant"), without prejudice.

Dated: New York, New York
        March 4, 2026

                                             **HASBANI & LIGHT, P.C.**

                                             */s/ Danielle. P. Light*
                                             Danielle P. Light, Esq.
                                             *Counsel for Plaintiff*
                                             450 Seventh Ave, Suite 1901
                                             New York, New York 10123
                                             Tel: (212) 643-6677
                                             dlight@hasbanilight.com