UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                    Chapter 7

YJ SIMCO LLC,                                             Case No.: 25-10437 (LGB)

                        Debtor.
-------------------------------------------------------------x

## ORDER DISMISSING THE DEBTOR'S CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 707(a) AND/OR 11 U.S.C. § 305(a)

Upon the motion [ECF No. 98] ("Motion") of Gregory M. Messer, solely in his capacity as Chapter 7 Trustee ("Trustee") of the estate of YJ Simco LLC ("Debtor"), seeking entry of an Order, pursuant to sections 105(a), 305(a), 349 and 707(a) of title 11 of the United States Code ("Bankruptcy Code"): (i) dismissing the Debtor's Chapter 7 case pursuant to section 707(a) of the Bankruptcy Code; (ii) in the alternative, abstaining and dismissing the Debtor's Chapter 7 case pursuant to section 305(a)(1) of the Bankruptcy Code; and (iii) granting such other and further relief as is just and proper; and the Court having subject matter jurisdiction to consider and determine the Motion, and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and no objections having been filed to the Motion; and upon the hearing conducted on March 24, 2026 ("Hearing"); and upon the record of the Hearing, the transcript of which is incorporated by reference herein; and upon the entire record in this case; and after due deliberation and sufficient cause appearing therefor,

1

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted to the extent set forth herein.

2.      Pursuant to section 707(a) of the Bankruptcy Code and section 305(a) of the Bankruptcy Code, the Debtor's case is dismissed.

3.      Upon the entry of this Order, the Trustee shall be deemed discharged.

4.      To the extent applicable, the 14-day stay of effectiveness of this Order provided by Bankruptcy Rule 6004(h) is waived and this Order shall be effective and enforceable immediately upon entry.

5.      The prior orders of this Court shall survive the dismissal of this case.

6.      This Court shall retain jurisdiction over any matter or dispute arising from or relating to this Order.

Dated: March 24, 2026
       New York, New York


*/s/ Lisa G. Beckerman*
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE