**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

NEW YORK 555 LLC,

                                   Plaintiff,

                -against-

1055 PARK AVE PH LLC et al.,

                                 Defendants.

------------------------------------------------------------------X

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:___5/5/2026___ |

**25-CV-1823 (DEH) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

Plaintiff, New York 555 LLC ("Plaintiff" or "New York 555") brings this action against Defendants 1055 Park Ave PH LLC (the "LLC"), Jeffrey Simpson ("Mr. Simpson"), and City of New York Department of Finance ("NY DFS") (collectively "Defendants") pursuant to New York Real Property Actions and Proceedings Law ("RPAPL"), Section 1301 et seq., to foreclose on a mortgage encumbering the property commonly known as 1055 Park Avenue, Unit PH, New York, NY 10028. On February 19, 2026, Mr. Simpson filed a voluntary petition for relief under Chapter 11 with the United States Bankruptcy Court for the Southern District of New York. (ECF No. 71) Pursuant to 11 U.S.C. § 362(a) this action was automatically stayed as to Mr. Simpson on February 26, 2026. (ECF No. 72) After some debate about whether this action should also be stayed as to the LLC during a telephonic Case Management Conference on March 16, 2026, the Court directed the parties to file position statements on the issue.

After careful review of the parties' position statements, the Court will, in its discretion, stay the proceedings against the LLC for 60 days, without prejudice to Plaintiff's ability request that the stay be lifted earlier upon a showing of good cause. Such a stay will allow Mr. Simpson to "cause YJ Simco LLC to provide any consents as may be appropriate to the consolidation

1

motion by Mr. Simpson" and permit the Bankruptcy Court to determine whether the LLC's asset will become estate property, while avoiding potentially duplicative proceedings in this Court. (ECF No. 79 p. 2).

**SO ORDERED.**

DATED:     New York, New York
           May 5, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge