

**HASBANI &
LIGHT, P.C.**

ATTORNEYS AT LAW

Shauna DeLuca, Esq.
450 Seventh Ave, Suite 1901
New York, New York 10123
T. 212.643.6677
F. 347.491.4048
E. sdeluca@hasbanilight.com

July 27, 2026

**VIA CM/ECF**
The Honorable Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> RE: *New York 555 LLC v. 1055 Park Ave PH LLC, et al.*
> **Case No.: 25-cv-01823-DEH-KHP**

Dear Magistrate Parker,

We represent the plaintiff New York 555, LLC ("Plaintiff") in the above-referenced commercial foreclosure action. As the Court is aware, on February 19, 2026, the defendant Jeffrey Solomon Simpson filed for Chapter 11 Bankruptcy before the United States Bankruptcy Court for the Southern District of New York under Docket Number 26-10359-lbg (the "Bankruptcy"). On May 5, 2026, this Court entered an Order staying any proceedings in this action for 60 days to allow Simpson to "cause YJ Simco LLC to provide any consents as may be appropriate to the consolidation motion by Mr. Simpson" and permit the Bankruptcy Court to determine whether the LLC's asset will become estate property, while avoiding potentially duplicative proceedings in this Court. *See,* ECF Dkt. No. 80.

On July 1, 2026, the Bankruptcy Court entered an Order Denying Simpson's Motion to Consolidate the Net Assets of 1055 Park Ave PH LLC into the Debtor's Estate. A true and accurate copy of that Order is annexed hereto as **Exhibit 1**. Subsequently, on July 23, 2026, the Bankruptcy Court entered an Order confirming the automatic stay is not in effect with respect to the real property which is the subject of this foreclosure action or the membership interests in 1055 Park Ave PH LLC. A true and accurate copy of that Order is annexed hereto as **Exhibit 2**.

Based upon the foregoing, Plaintiff respectfully requests that this matter proceed in the normal course. Should the Court have any questions or wish to discuss this matter further, please do not hesitate to contact the undersigned.

Respectfully,

*/s/ Shauna M. DeLuca*
Shauna M. DeLuca, Esq.
Attorneys for *Plaintiff*
Email: sdeluca@hasbanilight.com

Cc: All counsel of record