UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
In re:                                                                      Chapter 11

**Jeffrey Solomon Simpson,**                          **Case No. 26-10359-LGB**

                                        Debtor.
--------------------------------------------------------------X

### ORDER DENYING DEBTOR'S MOTION TO AUTHORIZE THE CONSOLIDATION OF THE NET ASSETS OF 1055 PARK AVE 1 LLC AND 1055 PARK AVE PH LLC INTO THE DEBTOR'S ESTATE

**WHEREAS**, on June 2, 2026, Jeffrey Solomon Simpson, the debtor and debtor in possession herein (the "Debtor"), by his counsel, filed a motion to authorize the consolidation of the net assets of 1055 Park Ave 1 LLC ("1 LLC") and 1055 Park Ave PH LLC ("PH LLC") (collectively, the "LLCs") into the Debtor's estate (the "Motion") [ECF No. 72]; and

**WHEREAS**, on June 24, 2026, New York 555, LLC ("New York 555") and Park 2 Ave 1055, LLC ("Park 2 Ave") filed an opposition to the Debtor's Motion (the "Opposition") [ECF No. 95]; and

**WHEREAS**, on June 24, 2026, Arch Real Estate Holdings LLC ("Arch") filed an objection to the Debtor's Motion (the "Objection") [ECF No. 96]; and

**WHEREAS**, on June 27, 2026, the Debtor filed a reply in support of the Motion (the "Reply") [ECF No. 102]; and

**WHEREAS**, on June 29, 2026, Arch filed a motion to strike the reply and/or to file a surreply (the "Motion to Strike") [ECF No. 106]; and

**WHEREAS**, on July 1, 2026, the Court held a hearing on the Motion (the "Hearing") at which counsel for the Debtor, New York 555 and Park 2 Ave, and counsel for Arch appeared and argued in support of their filings; and

**WHEREAS**, the Court has carefully considered the arguments presented for and against the Motion.

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED**, that the Motion is **DENIED** for the reasons given on the record of the Hearing; and it is further

**ORDERED**, that this Court retains jurisdiction over all matters related to or arising out of the implementation and enforcement of this Order.

Dated: New York, New York
      July 1, 2026

                          */s/ Lisa G. Beckerman*
                          HONORABLE LISA G. BECKERMAN
                          UNITED STATES BANKRUPTCY JUDGE