USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NEW YORK 555 LLC,

Plaintiff,

-against-

1055 PARK AVE PH LLC et al.,

Defendants.
-----------------------------------------------------------------X

**25-CV-1823 (DEH) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On May 5, 2026, this Court issued a 60-day stay. Insofar as the stay is no longer in effect, the Court directs the parties to file a joint update by **November 23, 2026** informing the court as to the status of Mr. Simpson's bankruptcy proceeding. Additionally, Plaintiff shall advise the Court whether it intends to move for a default against 1055 Park Ave. PH LLC.

**SO ORDERED.**

DATED: New York, New York
November 9, 2026

Katharine H Parker
______________________________
KATHARINE H. PARKER
United States Magistrate Judge