Shauna M. DeLuca, Esq.
**HASBANI & LIGHT, P.C.**
450 Seventh Avenue, Suite 1901
New York, New York 10123
Tel: (212) 643-6677
sdeluca@hasbanilight.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK 555, LLC,

*Plaintiff,*

*-against-*

1055 PARK AVE PH LLC; JEFFREY SIMPSON; CITY OF NEW YORK DEPARTMENT OF FINANCE; THE 1055 PARK AVENUE CONDOMINIUM; and THOMAS MAJEWSKI,

*Defendants.*

Case No: 25-cv-01823-DEH-KHP

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Plaintiff, NEW YORK 555, LLC, in the above-entitled action. I am admitted or otherwise authorized to practice in this court.

Dated: New York, New York

November 10, 2026

*/s/ Shauna M. DeLuca*

Shauna M. DeLuca, Esq.