HASBANI &
LIGHT, P.C.
ATTORNEYS AT LAW

450 Seventh Ave
Suite 1901
New York, NY 10123

Shauna M. DeLuca, Esq.
T. 212.643.6677
F. 347.491.4048
E. sdeluca@hasbanilight.com

November 23, 2026

**<u>Via ECF</u>**
Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: New York 555 LLC v. 1055 Park Ave PH LLC, *et al.*
CASE #: 25-cv-01823-DEH-KHP
Status Letter

Dear Judge Parker:

We are counsel for Plaintiff New York 555, LLC ("Plaintiff") in the above-referenced matter. Pursuant to Your Honor's Scheduling Order entered on November 9, 2026, we write jointly with counsel for defendants 1055 Park Ave PH LLC (the "LLC") and Jeffrey Simpson ("Simpson", together with the LLC, the "Defendants"), to advise the Court as to the status of Simpson's bankruptcy proceeding.

At this time, Simpson's bankruptcy remains active (Docket Number 26-10359-lgb). However, as discussed in Plaintiff's July 27, 2026 letter to the Court (*see,* ECF Dkt. No. 81):

(1) On July 1, 2026, the Bankruptcy Court entered an Order Denying Simpson's Motion to Consolidate the Net Assets of 1055 Park Ave PH LLC into Simpson's Bankruptcy Estate; and
(2) On July 23, 2026, the Bankruptcy Court entered an Order confirming the automatic stay (11 U.S.C. § 362) is not in effect with respect to the real property which is the subject of this foreclosure action or the membership interests in 1055 Park Ave PH LLC.

Plaintiff intends to move for a default judgment against 1055 Park Ave PH LLC.

Should the Court require any further information, the parties are happy to provide such details. We thank the Court for its time and consideration of this matter.

Thank you,

*/s/ Shauna M. DeLuca*
Shauna M. DeLuca, Esq.
*Counsel for Plaintiff*

*/s/ Benjamin R. Rajotte*
Benjamin R. Rajotte
*Counsel for 1055 Park Ave PH LLC and Jeffrey Simpson*