UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NEW YORK 555 LLC,

*Plaintiff*,

-against -

1055 PARK AVE PH LLC; JEFFREY SIMPSON; CITY OF NEW YORK DEPARTMENT OF FINANCE; THE 1055 PARK AVENUE CONDOMINIUM; and THOMAS MAJEWSKI,

*Defendants*.
-----------------------------------------------------------------X

Case No.: 25-cv-01823-DEH-KHP

**CLERK'S CERTIFICATE OF DEAFULT**

I, Tammi M. Hellwig, Clerk of Court of the United States District for the Southern District of New York, do hereby certify that an action was commenced on March 4, 2025, with the filing of a Summons and Complaint, as subsequently amended on November 19, 2025 (Doc. # 39), and a copy of the Summons and Complaint was served on the Defendant 1055 PARK AVE PH LLC by personally serving the New York Secretary of State, Nancy Earley, as the authorized agent of 1055 PARK AVE PH LLC on November 14, 2025, *and proof of service was therefore filed on* November 19, 2025, Doc. # 38 (the "Defendant"). I further certify that the docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the Amended Complaint filed herein. The default of the Defendant is hereby noted pursuant to Rule 55(a) of the Federal Ruled of Civil Procedure.

Dated: , New York
, 2026

Tammi M. Hellwig, Clerk of Court

By: ______________________________
Clerk of Court