**HASBANI & LIGHT, P.C.**
Shauna M. DeLuca, Esq.
450 Seventh Avenue, Suite 1901
New York, New York 10123
(212) 643-6677
sdeluca@hasbanilight.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NEW YORK 555 LLC,

*Plaintiff*,

-against -

1055 PARK AVE PH LLC; JEFFREY SIMPSON; CITY OF NEW YORK DEPARTMENT OF FINANCE; THE 1055 PARK AVENUE CONDOMINIUM; and THOMAS MAJEWSKI,

*Defendants*.
-----------------------------------------------------------------X

Case No.: 25-cv-01823-DEH-KHP

**DECLARATION IN SUPPORT REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT**

Shauna M. DeLuca, an attorney duly admitted to practice before the Courts of the State of New York, hereby declares the following to be true under the penalties of perjury:

1. I am an attorney admitted to practice in the Federal Court of the Southern District of the State of New York. I am associated with Hasbani & Light, P.C., attorneys for the Plaintiff in the above-entitled action. I am familiar with all the facts and circumstances in this action.

2. This Declaration is submitted in support of Plaintiff's request that default be entered against defendant 1055 PARK AVE PH LLC (the "LLC Defendant"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

3. This action was commenced on March 4, 2025, by filing a complaint (the "Complaint') to foreclose a mortgage over the real property located at 1055 Park Avenue, Unit PH, New York, New York 10028, known on the New York County Tax Map as Block: 1515 Lot: 1906 in the County of New York and State of New York (the "Property"). *See,* ECF Dkt. No. 1.

4. The Complaint was subsequently amended on November 19, 2025 (the "Amended Complaint"), to substitute the tenant, THOMAS MAJEWSKI, in this action. *See,* ECF Dkt. No. 39. The Amended Complaint does not change any claims or allegations asserted against the LLC Defendant in the Complaint. *Id.* As a result, the LLC Defendant is not entitled to service of the Amended Complaint. *See,* Fed. R. Civ. P. 5(a)(2).

5. As appears by the affidavit of service duly electronically filed, pursuant to Rule 4(e) of the Federal Rules of Civil Procedure, the following Defendant named in the Complaint was duly served with the Summons and Complaint more than twenty-one days ago, but has failed to answer or appear in this matter:

a. The Defendant, 1055 PARK AVE PH LLC was served on November 14, 2025, through the New York Secretary of State. This affidavit of service was filed on the Docket on November 19, 2025. *See*, ECF Dkt. No. 38. A true and accurate copy of this affidavit of service is attached hereto as **Exhibit "A"**. The LLC Defendant is an entity and therefore is not an infant, in the military, or an incompetent person.

6. The LLC Defendant is in default for want of appearance, defense, or answer, although the time for the LLC Defendant to appear, answer or otherwise defend this action has expired.

**WHEREFORE**, it is hereby requested that the Clerk of Court enter default against the LLC Defendant in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

Pursuant to Title 28, United States Code Section 1746, I hereby state under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief.

Dated: New York, New York

November 23, 2026

**HASBANI & LIGHT, P.C.**

*/s/ Shauna M. DeLuca*
Shauna M. DeLuca, Esq.