THE STATE OF NEW YORK
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Civil Action No.: **1:25-CV-01823-DEH**
**Filed On: 03/05/2025**

**NEW YORK 555 LLC**

-against-

**1055 PARK AVE PH LLC, ET AL.**

**Affirmation of Service**
**LLC 303**

STATE OF NEW YORK, COUNTY OF ALBANY: Michael Franze affirms that they are not a party to this action, are over 18 years of age, and reside in the State of New York.

That on 11/14/2025 at 12:19 PM at One Commerce Plaza, 99 Washington Avenue, Albany, NY 12210, your affirmant served the SUMMONS IN A CIVIL ACTION, RIDER TO SUMMONS, COMPLAINT, EXHIBITS, RPAPL 1320 NOTICE, NOTICE OF PENDENCY
bearing Civil Action # **1:25-CV-01823-DEH** and filed date 03/05/2025 upon 1055 PARK AVE PH LLC, the intended recipient, with the address of record within the secretary of state of:

15 WEST 27TH STREET, 6TH FLOOR, NEW YORK, NY, UNITED STATES, 10001

By delivering two (2) true copies to Nancy Earley, OAI, in the office of the Secretary of State of New York, duly authorized to accept such service on behalf of the intended recipient. At the time of making such service, affirmant paid the Secretary of State a fee of $40.

*The process server's perception of the characteristics of the person served is as follows:*

Gender: Female
Race: White
Hair Color: Blonde
Approximate Age: 40-49
Approximate Height: 5ft4in-5ft7in
Approximate Weight: 131-150 lbs
Other Information: OA1

Said service was made pursuant to Section 303 of the New York State Limited Liability Law.

I affirm this 18 day of November 2025, under the penalties of perjury under the laws of New York, which may include fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Michael Franze

**Hasbani & Light, P.C.**
**450 Seventh Ave, Suite 1408**
**NEW YORK,NY 10123**
**Phone: 646-490-6677**
**File No. 1055 PARK AVE PH LLC**

RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Ph: 631-981-4400
(NCS923082F) AZ 1288767