UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK 555, LLC,

*Plaintiff,*

*vs.*

1055 PARK AVE PH LLC; JEFFREY SIMPSON; CITY OF NEW YORK DEPARTMENT OF FINANCE; THE 1055 PARK AVENUE CONDOMINIUM; and THOMAS MAJEWSKI,

*Defendants.*

Docket No.: 25-cv-01823-DEH-KHP

**CERTIFICATION OF SERVICE**

Sarai Gomez, affirms the truth of the following under the penalty of perjury:

I, Sarai Gomez., am over eighteen (18) years of age, I am not a party to this action, and I reside in New York County in the State of New York. On November 23, 2026, I served the following:

**Declaration in Support, Exhibit and Proposed Certificate of Default**

by first class mail return by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

1055 PARK AVE PH LLC
c/o ARCH COMPANIES
15 WEST 27TH STREET
6TH FLOOR
NEW YORK, NY 10001

BENJAMIN ROBERT RAJOTTE
1 MAIDEN LANE
SUITE 900
NEW YORK, NY 10038

*/s/ Sarai Gomez*_________
Sarai Gomez